IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Linda Diane Hall, | ) | C.A. No. 6:06-1124-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION AND ORDER** |
| vs. | ) | |
| | ) | |
| Provident Life and Accident Insurance Company, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

     Provident Life and Accident Insurance Company is ordered to inform the court of its state of incorporation and principal place of business for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332. Provident Life and Accident Insurance Company is ordered to respond within ten (10) days of the date of this order.

     **IT IS SO ORDERED.**

                                          s/Henry M. Herlong, Jr.
                                          United States District Judge

Greenville, South Carolina
April 13, 2006